# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH HUBBARD, *et al.*, | )<br>) |
| Plaintiffs, | ) Case No.: 2:16-cv-01015-GMN-PAL |
| vs. | )<br>) **ORDER ACCEPTING REPORT &** |
| SOUTHERN NEVADA REGIONAL HOUSING AUTHORITY, *et al.*, | ) **RECOMMENDATION OF MAGISTRATE**<br>) **JUDGE PEGGY A. LEEN**<br>) |
| Defendants. | )<br>) |

Before the Court for consideration is the Report and Recommendation, (ECF No. 4), of the Honorable Peggy A. Leen, United States Magistrate Judge, entered May 18, 2017.

Pursuant to Local Rule IB 3-2(a), objections were due by June 1, 2017. No objections have been filed. In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and agrees with Magistrate Judge Leen's recommendations that Plaintiff's Complaint, (ECF No. 3), be dismissed for failure to file an amended complaint addressing the deficiencies noted in the Screening Order, (ECF No. 2), issued by Magistrate Judge Leen. Therefore, the Court has determined that Magistrate Judge Leen's Recommendation should be **ACCEPTED** and **ADOPTED** in full.

**IT IS THEREFORE ORDERED** that the Report and Recommendation, (ECF No. 4), is **ACCEPTED and ADOPTED in full.** The Complaint, (ECF No. 3), is **DISMISSED without prejudice**. The Clerk of Court shall close the case and enter judgment accordingly.

**DATED** this __9__ day of June, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Judge